UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-271 RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW PROBATION VIOLATION ALLEGATION |
| v. | |
| MAURICE LOTT, | |
| Defendant. | |

The Court hereby grants the Government's motion to withdraw the alleged probation violation (Dkt. #15), presented by the U.S. Probation Officer Jeffery Robson on or about April 16, 2019.

DATED this 24th day of March, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1